JUDGE JOHN C. COUGHENOUR

**05-CR-00282-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>    Plaintiff, )<br>          )<br>    v.    )<br>          )<br>JAYSON RUSSELL, and )<br>JOSEPH LIN, )<br>          )<br>    Defendants. )<br>_____) | NO. CR05-0282JCC<br><br>ORDER ON STIPULATED MOTION TO<br>CONTINUE TRIAL DATE AND<br>PRETRIAL MOTIONS DEADLINE<br><br>~~(PROPOSED)~~ |

THE COURT, having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions date, finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of October 3, 2005, until the new trial date of November 7, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

---

ORDER ON STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
(Jayson Russell and Joseph Lin; CR05-0282JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1     IT IS THEREFORE ORDERED that trial in this matter is continued until November 7,

2 2005, and that pretrial motions shall be filed no later than September 29, 2005,

3     Dated this 13 day of August, 2005.

5     JOHN C. COUGHENOUR
    UNITED STATES DISTRICT JUDGE

7 Presented by:

8

9 s/Peter J. Avenia
Attorney for Joseph Lin

10 s/Jeffrey Steinborn
Attorney for Jayson Russell
11 *By telephonic authorization*

12

13 s/Bruce Miyake
Assistant United States Attorney
*By telephonic authorization*

ORDER ON STIPULATED MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE
(Jayson Russell and Joseph Lin; CR05-0282JCC) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100